UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ROGERS,<br>Plaintiff,<br>v.<br>LINQUIST, et al.,<br>Defendants. | No. 2:25-cv-2790 CSK P<br><br><u>ORDER AND REVISED SCHEDULING ORDER</u> |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff's motion for extension of time and defendants' motion to modify the Court's scheduling order are before the Court. (ECF Nos. 24, 25.) As discussed below, the motions are granted.

I. BACKGROUND

This action proceeds on plaintiff's complaint alleging that defendants J. Linquist, P. McNamara, D. D'Angelo, L. Lopez, and K. Moore used excessive force on plaintiff in violation of the Eight Amendment. (ECF No. 1.)

On June 5, 2026, the Court issued the discovery and scheduling order setting the discovery deadline for October 13, 2026, and the pretrial motions deadline for January 8, 2027. (ECF No. 23.)

On September 15, 2026, plaintiff filed a motion to extend time to respond to discovery. (ECF No. 24.) On October 1, 2026, defendants filed their first motion to modify the Court's

discovery and scheduling order. (ECF No. 25.) On September 23, 2026, the parties attended a videoconference where plaintiff could view the video of the use of force incident at issue herein. (Id. at 1-2.) Counsel for defendants granted plaintiff an additional thirty days to respond to their written discovery, until October 31, 2026. (Id. at 2.)

II. GOVERNING STANDARDS

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

III. DISCUSSION

Plaintiff has shown good cause to extend the deadline to respond to defendants' written discovery requests. Plaintiff is granted until October 31, 2026, to respond to defendants' written discovery requests.

Defendants timely moved to extend the discovery and pretrial motions deadlines, and it does not appear that plaintiff objects based on his need for additional time to respond to written discovery requests. Defendants have shown good cause to modify the scheduling order. It does not appear that plaintiff will be prejudiced by this extension.

IV. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 24) is granted.
2. Plaintiff shall respond to defendants' written discovery requests on or before October 31, 2026.
3. Defendants' motion to modify the scheduling order (ECF No. 25) is granted. The parties may conduct discovery and file motions to compel discovery responses until November 12, 2026. The pretrial motions deadline is extended to February 7, 2027.

In all other respects, the June 5, 2026 discovery and scheduling order (ECF No. 23) remains in effect.

Dated: October 5, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/roge2790.16b