UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ROGERS,<br>Plaintiff,<br>v.<br>LINQUIST, et al.,<br>Defendants. | No. 2:25-cv-2790 CSK P<br><br>ORDER AND REVISED SCHEDULING ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. The parties have filed second motions to modify the Court's scheduling order. (ECF Nos. 27, 28.) As discussed below, the motions are granted.

I. BACKGROUND

This action proceeds on plaintiff's complaint alleging that defendants J. Linquist, P. McNamara, D. D'Angelo, L. Lopez, and K. Moore used excessive force on plaintiff in violation of the Eight Amendment. (ECF No. 1.)

On June 5, 2026, the Court issued the discovery and scheduling order setting the discovery deadline for October 13, 2026, and the pretrial motions deadline for January 8, 2027. (ECF No. 23.) On October 5, 2026, the Court granted the parties' first motions to modify the discovery and scheduling order. (ECF No. 26.)

///

On November 9, 2026, plaintiff filed a second motion to extend the discovery deadline. (ECF No. 27.) On November 12, 2026, defendants filed their second motion to modify the Court's discovery and scheduling order. (ECF No. 28.)

## II. GOVERNING STANDARDS

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

## III. DISCUSSION

The parties have shown good cause to extend the discovery deadline. The parties met and conferred in good faith via videoconference. Plaintiff needed additional time to respond to written discovery requests due to a broken thumb on his dominant hand. Plaintiff is granted until November 30, 2026, to respond to defendants' written discovery requests. The discovery deadline is extended to December 12, 2026, to conduct discovery and file motions to compel. The pretrial motions deadline is extended to March 9, 2027.

## IV. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 27) is granted. Plaintiff shall respond to defendants' written discovery requests on or before November 30, 2026.
2. Defendants' motion to modify the scheduling order (ECF No. 28) is granted. The discovery deadline is extended to December 12, 2026. The pretrial motions deadline is extended to March 9, 2027. In all other respects, the June 5, 2026 discovery and scheduling order (ECF No. 23) remains in effect.

Dated: November 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1/roge2790.16b2